IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Clarence B. Jenkins Jr. | ) | |
| | ) | |
| Plaintiff | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| South Carolina Department of Employment | ) | |
| Work and South Carolina Department of | ) | |
| Administration | ) | |
| Defendants, | ) | |
| _____ | ) | |

RCV'D - USDC COLA SC
SEP 30 '25 PM 3:11

I as Pro Se Plaintiff bring this lawsuit against these Defendant for Discrimination, Employment Discrimination, Harassment, Retaliation, Hostility, ADA, Violation of State Laws, Violation of Federal Laws and a Consolidated Efforts that conspired to deny justice. The violations by all Defendants are established by Title VII of the Civil Rights Act of 1964, American Disability Act of 1990, Deprivation Act Section 242 of Title 18 and Fourteenth(14th) Amendment of U.S. Constitution.

1

I as Pro Se Plaintiff brings this lawsuit against South Carolina Department of Employment Workforce(hereafter SCDEW) per a DISMISAL and NOTICE OF RIGHT TO SUE LETTER for CHARGE NO. 436-2025-02435 from U.S. Equal Employment Opportunity Commission(hereafter USEEOC) on August 21, 2025. The DISMISSAL and NOTICE OF RIGHT TO SUE LETTER from USEEOC means that ALL ADMINISTRATIVELY EXHAUSTED. The DISMISSAL and NOTICE OF RIGHT TO SUE LETTER for CHARGE NO. 436-2025-02435 from USEEOC states that a lawsuit must be filed in court within ninety days(90). I as Pro Se Plaintiff filed this COMPLAINT along with a DISMISSAL and NOTICE OF RIGHT TO SUE LETTER from USEEOC in U.S. District Court, Columbia Division which authorizes a CLAIMANT to file a lawsuit in federal court

I as Pro Se Plaintiff has been SECRET BLACKBLLED of 'BARRED FROM APPLYING' by SCDEW to deny employment opportunities. And this SECRET BLACKBALLE of 'BARRED FROM APPLYING' was applied by Adrienne Sorenson a SCDEW HR Employee on July 19, 2013 to December 30, 2018 to deny employment opportunities. I as Pro Se plaintiff believes the SECRET BLACKBALLED has been active possibly as 2011due to receiving fifteen(15) rejections emails from SCDEW on February 3, 2012 with the first ten(10) emails coming within sixty minutes(60). The last five rejection emails from SCDEW came 5:00pm to after 10:00pm when the agency is closed which means that I as Pro Se plaintiff was on an automatic blocking to deny employment opportunities which is illegal by federal and state laws.

2

SCDEW has been covering up Civil Rights Violations by deliberate distortions to I as Pro Se Plaintiff and USEEOC even when substantial evidence was obtained for several years.   And that substantial evidence was provided to South Carolina State Government Officials and USEEOC which ignored to deny JUSTICE.   And this substantial evidence has been provided to U.S. Federal District Court, Columbia Division in several cases filed with the COURT that also ignored to deny JUSTICE.

I as Pro Se Complainant was receiving job referrals by emails from SCDEW Employees on 2021 to 2025 through SC Works which were harassment and hostile since SCDEW as a Defendant in Case No. 3:23-cv-4593-JDA-PJG admitted on December 21, 2023 in U.S. Federal District Court, Columbia Division that it did take actions to deny employment opportunities when making FALSE STATEMENTS since to 2011.  And that ADMISSION by Defendants on December 21, 2023 in U.S. Federal District Court, Columbia Division provided verification that I as Pro Se has been DECLARING with substantial evidence but ignored.

I as Pro Se Plaintiff would make requests to SCDEW Employees of S. Richardson Sellers and D. Miller in 2025 by return emails to stop sending job referrals because SCDEW has SECRETLY BLACKBALLED with 'BARRED FROM APPLYING' along with an ADMISSION of taking action to deny employment opportunities on December 21, 2023 in U.S. Federal District Court, Columbia Division therefore this is employment discrimination, harassment, retaliation and hostility.  I as Pro Se Plaintiff would make requests by return

emails for SCDEW to stop sending job referrals with a notification their actions were employment discrimination, harassment, retaliation and hostile because of the ADMISSION to deny employment opportunities on December 21, 2023 in U.S. Federal District Court, Columbia Division but all efforts ignored.   And SCDEW was aware of the HARM that it would cause.  I as Pro Se Plaintiff included USEEOC in those return emails to SCDEW to show requests along with employment discrimination, harassment, retaliation and hostility but improper investigation prevented JUSTICE.  I filed a Complaint against SCDEW on July 30, 2025 for Employment Discrimination, Retaliation, Harassment, ADA and Hostility which became CHARGE NO. 436-2025-02435.   USEEOC did not properly investigate CHARGE NO. 436-2025-02435 therefore a DISMISSAL and NOTICE OF RIGHT TO SUE LETER was issued on August 21, 2025.  The DISMISSAL and NOTICE OF RIGHT TO SUE LETER for CHARGE NO. 436-2025-02435 from USEEOC authorizes filing a lawsuit in federal court due to being ADMINISTRATIVELY EXHAUSTED.

I as Pro Se Plaintiff file this lawsuit in U.S. Federal District Court, Columbia Division per DISMISSAL and NOTICE OF RIGHT TO SUE NOTICE for CHARGE NO 436-2025-02435 being ADMINISTRATIVELY EXHAUSTED citing Employment Discrimination, Retaliation. Harassment, Hostility and ADA Violations.  It is lawful for any citizen(s) to file a lawsuit against his or her employer for Civil Rights Violations without a DISMISSAL and NOTICE OF RIGHT TO SUE from USEEOC therefore a Complaint would be substantiated based on facts, evidence and the law(s).

I as Pro Se plaintiff bring this lawsuit in U.S. District Court, Columbia Division against SCDEW and South Carolina Department of Administration per USEEOC CHARGE NO. 436-2025-

02435 that has been ADMINSTRATIVELY EXHAUSTED by USEEOC that issued a DISMISSAL and NOTICE OF RIGHT TO SUE LETTER on August 21, 2025 authorizing this court's filing within ninety days(90). Please see all attachments establishing justification for this lawsuit.

WHEREFORE, I as Pro Se Plaintiff submit this Complaint in U.S. District Court, Columbia, Division for Civil Rights Violations per USEEOC CHARGE NO. 436-2025-03183 that has ADMINISTRATELY EXHAUSTED.

September 30, 2025

*Clarence B. Jenkins Jr.*

Clarence B. Jenkins Jr.

945 Wire Rd.

Neeses, South Carolina 29107

(803)263-4514

Upscale81@yahoo.com

Pro Se Plaintiff

5